BEFORE THE FIRST DIVISION, JUNE 2, 1960

No. 64259.—Montgomery Ward & Co., Inc. *v.* United States, protest 58/19689 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.